UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------

MENACHEM LAINE

                          Plaintiff,

                                              15 CV 4026 (DLI) (VMS)

            -against-


UNITED RECOVERY SYSTEMS LP

                          Defendant.

-------------------------------------------------------------

### NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

        IT IS HEREBY STIPULATED AND AGREED, by counsel on behalf of the

plaintiff, being that the matter has been resolved, pursuant to Rule 41(a)(1), this action

shall be, and it hereby is, dismissed with prejudice and without costs to either party.


*Adam J. Fishbein*

_____
Adam J. Fishbein, P.C.  (AF-9508)
Attorney At Law
**Attorney for the Plaintiff**
483 Chestnut Street
Cedarhurst, New York 11516
516-791-4400

SO ORDERED:


_____
U.S.D.J.